UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN KEITH ABNER,          )<br>                                              )<br>       Plaintiff,                       )<br>                                              )     Civil Action No.  23-02165 (UNA)<br>                                              )<br>                                              )<br>FEDERAL BUREAU OF        )<br>INVESTIGATION *et al.*,         )<br>                                              )<br>       Defendants.                  ) | |

**MEMORANDUM OPINION**

This action, brought *pro se*, is before the Court on review of Plaintiff's Complaint and application to proceed *in forma pauperis*.  The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint fails to state a claim on which relief may be granted).

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Still, *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

In the one-page Complaint, Plaintiff, a resident of Spanaway, Washington, alleges only that on July 8, 2023, the FBI Headquarters in Washington, D.C., "and all FBI offices in America kidnapped and false[ly] imprisoned" him "in the Columbia Presbyterian Hospital in New York City in a [sic] MRI machine[.]"  ECF No. 1.  Plaintiff has not demanded relief, and he has not provided a jurisdictional statement.  Consequently, this case will be dismissed by separate order.

                                                                             _____/s/_____

Date:  October 27, 2023                       JIA M. COBB
                                                         United States District Judge